```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAQUAN TURNER,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :            17-cv-8563 (KBF)
                -v-                                         :
                                                            :            OPINION & ORDER
THE CITY OF NEW YORK, P.O. PAZMINO                          :
(Shield # 1662), and P.O. M. PENNANT (Shield                :
# 23307),                                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 1, 2018

KATHERINE B. FORREST, District Judge:

The Court is in receipt of defendants' discovery motion dated May 25, 2018 (ECF No. 43) as well as plaintiff's response dated May 31, 2018 (ECF No. 47). Having reviewed both letters, the Court hereby ORDERS the following:

- The Court finds it troubling that plaintiff has not yet executed the necessary releases. Plaintiff has indicated that he is willing to so, and the Court orders that plaintiff shall supply defendants with executed releases not later than **Wednesday, June 6, 2018**.

- Plaintiff did not respond to or oppose defendants' motion to compel responses to certain interrogatory requests. Accordingly, the Court hereby GRANTS that portion of the motion as unopposed. Plaintiff shall respond to the interrogatory requests as requested not later than **Friday, June 8, 2018**.

1

- The Court construes plaintiff's letter at ECF No. 47 as a cross-motion for discovery. Defendants shall respond to that motion not later than **Tuesday, June 5, 2018**.

The Clerk of Court is directed to close the open motion at ECF No. 43.

SO ORDERED.

Dated:   New York, New York
         June 1, 2018

                                                     KATHERINE B. FORREST
                                                    United States District Judge